```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | | |
|---|---|---|
| JIMMY COBB, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:17-CR-051 (CDL) |
| | | CASE NO. 4:22-CV-072 (CDL) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 27, 2022 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 17th day of October, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA